IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSHAWN ABRAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services; DON KLEINE, Douglas County Attorney; BRENDA BEADLE, Chief Deputy County Attorney; CAPTAIN SELLERS, Douglas County Court Services Bureau; MIKE MYERS, Warden of the Douglas County Jail; BARB LEWIEN, Warden of Community Correction Center of Lincoln; and FRED BRITTEN, Warden, Diagnostic and Evaluation Center, Lincoln;<br><br>　　　　　Defendants. | 8:20CV437<br><br>ORDER |

　　　　Plaintiff paid the full amount of the court's $350.00 filing fee on November 19, 2020. Accordingly,

　　　　IT IS ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing 2) is denied as moot. Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

October 21, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge