IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSHAWN ABRAM,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services, in his individual and official capacities; DON KLEINE, Douglas County Attorney, in his individual and official capacities; BRENDA BEADLE, Chief Deputy County Attorney, in her individual and official capacities; and BARB LEWIEN, Warden of Community Correction Center of Lincoln, in her individual and official capacities,<br><br>                    Defendants. | **8:20CV437**<br><br><br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff filed his Complaint in this matter on October 19, 2020, while he was incarcerated.  The court granted him leave to proceed in forma pauperis on October 26, 2020, also while he was incarcerated. Plaintiff filed a change of address on October 28, 2021, indicating that he is no longer incarcerated.  (*See* Filing 18.)

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $52.00 administrative fee.[1]

---

[1] Plaintiff has paid the $350.00 filing fee, but not the administrative fee. (Filing 1.)

IT IS THEREFORE ORDERED that:

1.      Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $52.00 administrative fee within 30 days.  Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2.      The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3.      The clerk of the court is directed to set a pro se case management deadline with the following text: June 3, 2022—deadline for Plaintiff to file new IFP application or pay administrative fee.

DATED this 4th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge