IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYSHAWN ABRAM,

Plaintiff,

vs.

SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services, in his individual and official capacities; DON KLEINE, Douglas County Attorney, in his individual and official capacities; BRENDA BEADLE, Chief Deputy County Attorney, in her individual and official capacities; and BARB LEWIEN, Warden of Community Correction Center of Lincoln, in her individual and official capacities;

Defendants.

**8:20CV437**

**MEMORANDUM AND ORDER**

Plaintiff, who has filed a change-of-address notice indicating that he is no longer incarcerated (Filing 18), has paid the court's filing and administrative fees in full as of May 31, 2022. (*See* Docket Sheet for 10/19/20 & 5/31/22.) Accordingly,

IT IS ORDERED: Pursuant to General Order No. 2022-04 ¶ 6, because the court has entered an order directing service of process and no plaintiff in the case is incarcerated, this case is removed from the pro se docket. The Clerk of Court shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

DATED this 6th day of June, 2022.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge